*In re* NYLSA LYONS RÍOS.

*Número:* TS-4689          *Resuelto:* 27 de junio de 2003

*Carmen H. Carlos*, directora de la Oficina de Inspección de Notarías; *José M. Montalvo Trías*, director ejecutivo del Colegio de Abogados de Puerto Rico; *Roberto J. Sánchez Ramos*, procurador general, e *Yvonne Casanova Pelosi*, procuradora general auxiliar.

## RESOLUCIÓN

Vista la Solicitud de Readmisión al Ejercicio de la Profesión de Abogado que presentó Nilsa Lyons Ríos el 23 de enero de 2003, así como las mociones informativas que presentó el Colegio de Abogados, el Procurador General y la Oficina de Inspección de Notarías el 29 de enero de 2003, el 30 de abril de 2003 y el 4 de junio de 2003, respectivamente, se autoriza su reinstalación al ejercicio de la abogacía, efectivo al día de hoy.

*Notifíquese por teléfono y por la vía ordinaria, y publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*